IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SUSAN JARRETT and WILLIAM JARRETT                PLAINTIFFS

v.                      No. 4:14-cv-18-DPM

COLOPLAST CORP.; COLOPLAST
MANUFACTURING U.S. LLC; and
JOHN DOES 1-50                                   DEFENDANTS

### ORDER

Unopposed motion, № 5, granted. Case stayed pending a final ruling on transfer to the MDL proceeding.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 January 2014