IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SUSAN JARRETT and WILLIAM JARRETT**　　　　　　**PLAINTIFFS**

v.　　　　　　　　No. 4:14-cv-18-DPM

**COLOPLAST CORP.; COLOPLAST
MANUFACTURING U.S. LLC; and
JOHN DOES 1-50**　　　　　　　　　　　　　　　**DEFENDANTS**

### ORDER

Unopposed motion, № 5, granted. Case stayed pending a final ruling on transfer to the MDL proceeding.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 January 2014